### Mann v. Clarke Brothers.

Evans, P. J. The issues made by the pleadings and evidence were fairly submitted to the jury; the criticisms on the charge and on the rulings on evidence are without merit; and the evidence sustains the verdict.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
January 11, 1911.

Complaint. Before Judge Seabrook. McIntosh superior court. October 30, 1909.

*W. T. Burkhalter,* for plaintiff.  *W. L. Clay,* for defendants.